■ The People of the State of New York, Respondent, v Paul Riley, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Kooper, J), rendered June 3, 1982, convicting him of attempted criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of defendant's motion to suppress evidence.

Judgment affirmed.

The testimony of the arresting officer at the suppression hearing as to the circumstances surrounding the arrest and seizure of the drugs from defendant was not incredible as a matter of law. Based upon that testimony, which was credited by the court, the motion to suppress was properly denied. Gibbons, J. P., Brown, Weinstein and Lawrence, JJ., concur.

■ The People of the State of New York, Respondent, v Phillip Santos, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Clemente, J.), rendered June 30, 1982, convicting him of attempted robbery in the second degree, after a nonjury trial, and imposing sentence.

Judgment affirmed.

The trial court resolved the issues of credibility in favor of the People and on this record we see no reason to disturb its findings. Lazer, J. P., Rubin, Kunzeman and Kooper, JJ., concur.